**FILED**
**FEBRUARY 7, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**08 C 825**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**JUDGE BUCKLO**
**MAGISTRATE JUDGE SCHENKIER**

In the Matter of                                      Case Number:

MERIT MANAGEMENT GROUP

v.

PONCA TRIBE OF INDIANS OF OKLAHOMA

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**J. N.**

MERIT MANAGEMENT GROUP, a Nevada limited partnership

| | |
|---|---|
| NAME (Type or print) | |
| Gary A. Grasso | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Gary A. Grasso | |
| FIRM | |
| Grasso, Bass & Williams, P.C. | |
| STREET ADDRESS | |
| 7020 S. County Line Road, Suite 100 | |
| CITY/STATE/ZIP | |
| Burr Ridge, IL 60527 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| IL ARDC # 3121760 | (630) 654-4500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |