FILED
FEBRUARY 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case 1:08-cv-00825  Document 4  Filed 02/07/2008  Page 1 of 1

08 C 825

JUDGE BUCKLO
MAGISTRATE JUDGE SCHENKIER

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number:

MERIT MANAGEMENT GROUP

v.

PONCA TRIBE OF INDIANS OF OKLAHOMA

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

J. N.

MERIT MANAGEMENT GROUP, a Nevada limited partnership

| | |
|---|---|
| NAME (Type or print)  Adam R. Bowers | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ Adam R. Bowers | |
| FIRM  Grasso, Bass & Williams, P.C. | |
| STREET ADDRESS  7020 S. County Line Road, Suite 100 | |
| CITY/STATE/ZIP  Burr Ridge, IL 60527 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  IL ARDC # 6277163 | TELEPHONE NUMBER  (630) 654-4500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |