UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MERIT MANAGEMENT GROUP, a Nevada limited partnership, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 2008-CV-825 |
| PONCA TRIBE OF INDIANS OF OKLAHOMA, a federally recognized Indian tribe, d/b/a BLUE STAR GAMING AND CASINO, | ) ) ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

NOW COMES the Plaintiff, MERIT MANAGEMENT GROUP, a Nevada limited partnership, by and through its attorneys, GARY A. GRASSO and ADAM R. BOWERS of the law firm of GRASSO, BASS & WILLIAMS, P.C., pursuant to FRCP 7.1 and Local Rule 3.2, and hereby states:

(1)   it is not a governmental entity.

(2)   it is owned by two parent entities:

    (a)   TALC, LLC, a Nevada limited liability company

    (b)   DEMACO, LP, an Illinois limited partnership

(3)   no publicly held company owns ten percent or more of its stock.

Respectfully submitted,
Plaintiff MERIT MANAGEMENT GROUP,
a Nevada limited partnership

By:   Adam R. Bowers, Esquire
      One of its attorneys

Gary A. Grasso, Esquire (IL ARDC # 3121760)
Adam R. Bowers, Esquire (IL ARDC # 6277163)
GRASSO BASS & WILLIAMS, P.C.
Attorneys for Plaintiff
7020 S. County Line Road, Suite 100
Burr Ridge, IL 60527
(630) 654-4500
(630) 455-4646 Facsimile
e-mail: abowers@grassolaw.com