UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MERIT MANAGEMENT GROUP, a Nevada limited partnership, )))) | |
| Plaintiff, )) | |
| v. )) | Case No. 2008-CV-825 |
| PONCA TRIBE OF INDIANS OF OKLAHOMA, a federally recognized Indian tribe, d/b/a BLUE STAR GAMING AND CASINO, ))))) | |
| Defendant. ) | |

**MOTION FOR ENTRY OF CLERK'S DEFAULT**

NOW COMES the Plaintiff, MERIT MANAGEMENT GROUP, a Nevada limited partnership, by and through its attorneys, GARY A. GRASSO and ADAM R. BOWERS of the law firm of GRASSO, BASS & WILLIAMS, P.C., and respectfully requests that the Court enter the default of Defendant PONCA TRIBE OF INDIANS OF OKLAHOMA, a federally recognized Indian tribe, d/b/a BLUE STAR GAMING AND CASINO, and in support thereof, states as follows:

1. Defendant is a federally recognized Indian tribe, and therefore, cannot be in the United States military service, an infant, or incompetent.

2. Defendant was personally served at its offices with a copy of the Summons and Complaint on June 30, 2008. A copy of the Affidavit of Process service is attached hereto and made a part hereof as Exhibit "A".

3. More than 20 days have expired since the date of service.

4. Defendant has not answered or otherwise pled in relation to Plaintiff's Complaint.

5. A proposed copy of the Default to be entered is attached hereto and made a part hereof as Exhibit "B".

WHEREFORE Plaintiff, MERIT MANAGEMENT GROUP, a Nevada limited partnership, respectfully requests that the Court enter the default of Defendant PONCA TRIBE OF INDIANS OF OKLAHOMA, a federally recognized Indian tribe, d/b/a BLUE STAR GAMING AND CASINO, set a schedule for delivery of affidavit showing the total amount due pursuant to FRCP 55(b)(1) such that judgment can be entered, and for such other and further relief as this Court deems just and equitable.

Respectfully submitted,  
Plaintiff MERIT MANAGEMENT GROUP,  
a Nevada limited partnership  

_____  
By:    Adam R. Bowers, Esquire  
       One of its attorneys

Gary A. Grasso, Esquire (IL ARDC # 3121760)  
Adam R. Bowers, Esquire (IL ARDC # 6277163)  
GRASSO BASS & WILLIAMS, P.C.  
Attorneys for Plaintiff  
7020 S. County Line Road, Suite 100  
Burr Ridge, IL 60527  
(630) 654-4500  
(630) 455-4646 Facsimile  
e-mail: abowers@grassolaw.com