# EXHIBIT "A"

# UNITED STATES DISTRICT COURT
## NORTHERN District of ILLINOIS

Case Number: 08 C 825

Plaintiff:
**MERIT MANAGEMENT GROUP a Nevada limited partnership**
vs.
Defendant:
**PONCA TRIBE OF INDIANS OF OKLAHOMA, a federally recognized indian tribe, dba BLUE STAR GAMING AND CASINO**

For:
GRASSO BASS & WILLIAMS

Received by Malan Investigations on the 25th day of June, 2008 at 12:45 pm to be served on **PONCA TRIBE OF INDIANS OF OKLAHOMA c/o DAN JONES OR CHAIRMAN, 20 WHITE EAGLE DRIVE, PONCA CITY, OK 74601**. I, Bruce R. Adams, being duly sworn, depose and say that on the 30th day of June, 20 08 at 9:30 a.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL CASE and COMPLAINT AT LAW** in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE / RESIDENTIAL SERVICE: By serving _____ as _____. A co-resident and person then residing therein who is fifteen (15) years of age or older.

( ) POSTED SERVICE: After attempting service on __/__ at ____ and on __/__ at ____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:**

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 30th day of June, 2008 by the affiant who is personally known to me.

_Georgianna Adams_
NOTARY PUBLIC

[Notary Seal: GEORGIANNA ADAMS, NOTARY PUBLIC, #06010533, EXP. 10/27/10, IN AND FOR STATE OF OKLAHOMA, KAY COUNTY]

PROCESS SERVER # 2007-02
Appointed in accordance
with State Statutes

**Malan Investigations**
P.O. Box 50455
Tulsa, OK 74150
(918) 636-2359

Our Job Serial Number: 2008002642

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

MERIT MANAGEMENT GROUP,
a Nevada limited partnership

CASE NUMBER: 08 C 825

V.

ASSIGNED JUDGE: Bucklo

PONCA TRIBE OF INDIANS OF OKLAHOMA,
a federally recognized Indiana tribe, d/b/a BLUE
STAR GAMING AND CASINO

DESIGNATED MAGISTRATE JUDGE: Schenkier

TO: (Name and address of Defendant)

PONCA TRIBE OF INDIANS OF OKLAHOMA
c/o Dan Jones or Chairman
20 White Eagle Drive
Ponca City, OK 74601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Adam R. Bowers, Esquire
Grasso, Bass & Williams, P.C.
760 Village Center Drive, Suite 200
Burr Ridge, IL 60527

an answer to the complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

May 13, 2008
Date

**08 C 825**

FILED
**FEBRUARY 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE BUCKLO**
**MAGISTRATE JUDGE SCHENKIER**

MERIT MANAGEMENT GROUP, )
a Nevada limited partnership, )
                                    )
               Plaintiff, )
                                    )
            v. ) Case No. _____
                                    )
PONCA TRIBE OF INDIANS OF OKLAHOMA, )
a federally recognized Indian tribe, d/b/a )
BLUE STAR GAMING AND CASINO, ) **J. N.**
                                    )
               Defendant. )

## COMPLAINT AT LAW

NOW COMES the Plaintiff, MERIT MANAGEMENT GROUP, a Nevada limited partnership, by and through its attorneys, GARY A. GRASSO and ADAM R. BOWERS of the law firm of GRASSO, BASS & WILLIAMS, P.C. and for its Amended Complaint against the Defendant, PONCA TRIBE OF INDIANS OF OKLAHOMA, a federally recognized Indian tribe, doing business as BLUE STAR GAMING AND CASINO, and in support thereof, states as follows:

### JURISDICTION AND VENUE

1. Jurisdiction of the Court is based upon diversity of citizenship of the parties, pursuant to 28 U.S.C. §1132(a). The amounts claimed exceed the jurisdictional limit of $75,000 and the controversy concerns citizens of different states, or, in the alternative, a claim against a sovereign nation by virtue of Defendant's status as a federally recognized Indian tribe.

2. Venue is proper in this district because (1) a substantial part of the events or omissions giving rise to the claim occurred in this district and (2) Defendant is a sovereign nation