# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Merit Management Group

                                              Plaintiff,

v.                                                                  Case No.: 1:08−cv−00825
                                                                 Honorable Elaine E. Bucklo

Ponca Tribe of Indians of Oklahoma

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 1, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Plaintiff's motion for entry of default [15] heard and the motion is granted. Accordingly, the court finds defendant in default. Prove−up hearing set for 9/5/2008 at 09:30 AM.Status hearing held on 8/1/08.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.