### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MERIT MANAGEMENT GROUP,<br>a Nevada limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>PONCA TRIBE OF INDIANS OF OKLAHOMA,<br>a federally recognized Indian tribe, d/b/a<br>BLUE STAR GAMING AND CASINO,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 2008-CV-825<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFAULT ORDER

It appearing from the records in the above-entitled action that Summons issued on the Original Complaint filed February 7, 2008 has been regularly served upon Defendant PONCA TRIBE OF INDIANS OF OKLAHOMA, a federally recognized Indian tribe, d/b/a BLUE STAR GAMING AND CASINO; and it appearing from the record herein that Defendant has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure,

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of Defendant PONCA TRIBE OF INDIANS OF OKLAHOMA, a federally recognized Indian tribe, d/b/a BLUE STAR GAMING AND CASINO in the above-entitled action is hereby entered.

Dated: _8/1/08_

By: _Elaine E. Bucklo_
    ~~Deputy Clerk~~  Judge Elaine E. Bucklo