UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Merit Management Group
                                     Plaintiff,

v.                                                Case No.: 1:08−cv−00825
                                                          Honorable Elaine E. Bucklo

Ponca Tribe of Indians of Oklahoma
                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 5, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Prove−up hearing hearing held on 9/5/2008. Judgment in the amount of $158,896.10 plus $7,690.93 in legal fees and costs is entered in favor of plaintiff and against defendant as set forth in the Default Judgment. Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.