

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| MERIT MANAGEMENT GROUP, a Nevada limited partnership, ) ) ) Plaintiff, ) ) v. ) ) PONCA TRIBE OF INDIANS OF OKLAHOMA, ) a federally recognized Indian tribe, d/b/a ) BLUE STAR GAMING AND CASINO, ) ) Defendant. ) | Case No. 2008-CV-825 |

### DEFAULT JUDGMENT

THIS CAUSE coming on to be heard for Prove-Up from the Court's entry of default on August 1, 2008, all parties in interest having been heard or having had an opportunity to be heard and the Court being fully advised in the Premises and having previously reviewed the Summons and affidavit of service filed in this Cause, reviewed the Complaint and exhibits thereto filed in this matter, the Declaration of Barry Edmonson, the Certificate of Attorney, and the Attorney Fee Declaration, the Court hereby FINDS:

There is a total amount of $158,787.22 through September 1, 2008, plus interest at a rate of $27.22 per day through the date of judgment owed to Plaintiff pursuant to a Bridge Note dated January 7, 2005. A true and correct copy of the Bridge Note is attached to Plaintiff's Complaint as Exhibit "A".

THE COURT THEREFORE HEREBY ENTERS JUDGMENT AS FOLLOWS:

In favor of Plaintiff, MERIT MANAGEMENT GROUP, a Nevada limited partnership, and against Defendant PONCA TRIBE OF INDIANS OF OKLAHOMA, a federally recognized

Indian tribe, d/b/a BLUE STAR GAMING AND CASINO, in the amount of $158,896.10 plus $7,690.93 in legal fees and costs.

9/5/08

ENTERED:

*Elaine L. Bucklo*

_____
Hon. Elaine Bucklo

Prepared by:

Gary A. Grasso, Esquire (IL ARDC # 3121760)
Adam R. Bowers, Esquire (IL ARDC # 6277163)
GRASSO BASS & WILLIAMS, P.C.
Attorneys for Plaintiff
7020 S. County Line Road, Suite 100
Burr Ridge, IL 60527
(630) 654-4500
(630) 455-4646 Facsimile
e-mail: abowers@grassolaw.com