UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MERIT MANAGEMENT GROUP, a Nevada limited partnership, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 2008-CV-825 |
| PONCA TRIBE OF INDIANS OF OKLAHOMA, a federally recognized Indian tribe, d/b/a BLUE STAR GAMING AND CASINO, ) ) ) ) ) | |
| Defendant. ) | |

**STATEMENT FOR PROVE-UP
IN SUPPORT OF DEFAULT JUDGMENT**

NOW COMES the Plaintiff, MERIT MANAGEMENT GROUP, a Nevada limited partnership, by and through its attorneys, GARY A. GRASSO and ADAM R. BOWERS of the law firm of GRASSO, BASS & WILLIAMS, P.C., and respectfully requests that the Court enter judgment by default of Defendant PONCA TRIBE OF INDIANS OF OKLAHOMA, a federally recognized Indian tribe, d/b/a BLUE STAR GAMING AND CASINO, and in support thereof, states as follows:

1. Plaintiff's claim arises out of a Bridge Note executed by Defendant. A copy of Plaintiff's Complaint, with Bridge Note as an exhibit, is attached hereto and made a part hereof as Exhibit "A".

2. On August 1, 2008, on Plaintiff's Motion, and upon showing of regular service upon Defendant, the Court entered a Default Order against Defendant in this matter.

3. As of September 4, 2008, the Defendant has not filed an appearance or responsive pleading. See Certificate of Attorney, attached hereto and made a part hereof as Exhibit "B".

4.Judgment against Defendant should now be entered. Pursuant to FRCP 55(b)(1), Plaintiff's claim is for sums certain or sums that can be made certain by computation. See generally, Exhibit "A".

5.Plaintiff seeks the principal sum of $122,250 plus interest and attorneys' fees and costs from Defendant. The total amount owed under the Promissory Note at issue is $158,787.22 as of September 1, 2008, and continues to accrue interest at a rate of $27.22 per day through the date of judgment. See Declaration of Barry Edmonson, attached hereto and made a part hereof as Exhibit "C".

6.Additionally, page 2 of the Promissory Note provides that the Defendant shall pay all costs and expenses, including reasonable attorneys' fees, expended or incurred by the holder in connection with the enforcement of the holder's rights and/or the collection of any amounts which become due to the holder, and the prosecution of any action in any way related to the Note.

7.Plaintiff has incurred $7,690.93 of legal fees and costs in connection with this matter. See Attorney Fee Declaration, attached hereto and made a part hereof as Exhibit "D".

8.Therefore, Plaintiff seeks judgment by default against Defendant in the total amount of $158,787.22 through September 1, 2008, plus interest at a rate of $27.22 per day through the date of judgment, and $7,690.93 in legal fees and costs.

WHEREFORE Plaintiff, MERIT MANAGEMENT GROUP, a Nevada limited partnership, respectfully requests that the Court enter the default of Defendant PONCA TRIBE OF INDIANS OF OKLAHOMA, a federally recognized Indian tribe, d/b/a BLUE STAR GAMING AND CASINO, enter judgment, in substantially the same form as that attached hereto

and made a part hereof as Exhibit "E", and for such other and further relief as this Court deems just and equitable.

Respectfully submitted,
Plaintiff MERIT MANAGEMENT GROUP,
a Nevada limited partnership

By:    Adam R. Bowers, Esquire
       One of its attorneys

Gary A. Grasso, Esquire (IL ARDC # 3121760)
Adam R. Bowers, Esquire (IL ARDC # 6277163)
GRASSO BASS & WILLIAMS, P.C.
Attorneys for Plaintiff
7020 S. County Line Road, Suite 100
Burr Ridge, IL 60527
(630) 654-4500
(630) 455-4646 Facsimile
e-mail: abowers@grassolaw.com