# EXHIBIT "B"

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MERIT MANAGEMENT GROUP, a Nevada limited partnership, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 2008-CV-825 |
| PONCA TRIBE OF INDIANS OF OKLAHOMA, a federally recognized Indian tribe, d/b/a BLUE STAR GAMING AND CASINO, ) ) ) ) ) | |
| Defendant. ) | |

**CERTIFICATE OF ATTORNEY**

I, Adam R. Bowers, an attorney, under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, certify that the statements set forth in this Declaration are true and correct.

1. I am an attorney in good standing licensed to and practicing in the State of Illinois.

2. I am an attorney with the law firm of Grasso, Bass & Williams, P.C. and am the attorney primarily responsible for this matter on behalf of Plaintiff in this action against Defendant.

3. As of the date of this Certification of Attorney, I have not been served with an appearance, answer, or other pleadings on behalf of any of the defendants in this matter.

4. On July 30, 2008, I served Plaintiff's Motion for Default upon Ken Bellmard, attorney for Defendant, via electronic mail. On August 1, 2008, I served a copy of the Court's default order upon Ken Bellmard, attorney for Defendant, via electronic mail. On September 3,

2008, I sent Mr. Bellmard an e-mail advising that the time for the prove-up hearing had changed from 9:30 a.m. to 10:30 a.m.

5. On September 4, 2008, I personally checked the Clerk of the Court's electronic file (PACER) on this matter and found no appearance, answer or other pleading on behalf of any of the defendants in this matter.

By: Adam R. Bowers