# EXHIBIT "C"

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MERIT MANAGEMENT GROUP, a Nevada limited partnership, <br><br> Plaintiff, <br><br> v. <br><br> PONCA TRIBE OF INDIANS OF OKLAHOMA, a federally recognized Indian tribe, d/b/a BLUE STAR GAMING AND CASINO, <br><br> Defendant. | Case No. 2008-CV-825 |

## DECLARATION OF BARRY EDMONSON

I, Barry Edmonson, under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, certify that the statements set forth in this Declaration are true and correct.

1. I am over the age of 18 and am familiar with the matters below and if called upon to testify I am competent thereto.

2. I am employed by Plaintiff MERIT MANAGEMENT GROUP as its Corporate Controller.

3. I have been authorized by Plaintiff to submit this Declaration.

4. Due to my position with Plaintiff, I am familiar with its business and mode of operation. Specifically, I am familiar with what documents Plaintiff keeps in the regular course of its business.

5. I am familiar with the way in which Plaintiff keeps track of loans it issues to borrowers, payments made by those borrowers, and how Plaintiff handles defaults.

6. Plaintiff is the holder of a Bridge Note executed by Defendant on January 7, 2005. A true and correct copy of the Bridge Note is attached to Plaintiff's Complaint as Exhibit "A".

7. Plaintiff keeps the Bridge Note in the regular course of its business.

8. The Bridge Note evidences a loan from Plaintiff to Defendant for the principal amount of $122,500, with interest accruing on the outstanding principal at the rate of 8% per annum.

9. The Defendant is in default under the Bridge Note. All amounts due under the Bridge Note have been accelerated and are presently due.

10. As of September 1, 2008, the following remains due and owing under the Bridge Note:

| | |
|---|---|
| Principal: | $122,500 |
| Interest: | $36,287.22 |
| Total: | $158,787.22 |

11. Interest continues to accrue under the Bridge Note at a rate of $27.22 per day.

12. Additionally, page 2 of the Bridge Note provides that the Defendant shall pay all costs and expenses, including reasonable attorneys' fees, expended or incurred by the holder in connection with the enforcement of the holder's rights and/or the collection of any amounts which become due to the holder, and the prosecution of any action in any way related to the Note.

By: _____
    Barry Edmonson