# EXHIBIT "D"

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MERIT MANAGEMENT GROUP,<br>a Nevada limited partnership, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | Case No. 2008-CV-825 |
| PONCA TRIBE OF INDIANS OF OKLAHOMA,<br>a federally recognized Indian tribe, d/b/a<br>BLUE STAR GAMING AND CASINO, | )<br>)<br>)<br>) | |
| Defendant. | )<br>) | |

## ATTORNEY FEE DECLARATION

I, Adam R. Bowers, an attorney, under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, certify that the statements set forth in this Declaration are true and correct.

1.  I have personal knowledge of the matters stated herein and if called upon to testify, I am competent thereto.

2.  I am an attorney with the law firm of Grasso, Bass & Williams, P.C. and have expended professional time on behalf of Plaintiff in this action against Defendant.

3.  My currently billable rate is $225.00 per hour based upon my practice in commercial litigation, which is reasonable in terms of comparable rates charged by attorneys practicing in the Northern District of Illinois in a similar cause of action.

4.  The time billed on this file and services performed are compiled from my time sheets where services are recorded contemporaneously with their being provided.

5.  These time and billing records are maintained in the ordinary course of business for Grasso, Bass & Williams, P.C., whose business it is to maintain such records.

6.      The total amount of attorneys' time expended in this matter through and including September 4, 2008 is 31.7 hours for a total amount of fees of $7,132.50. The fees are broken down as follows:

| **Description** | **Time** | **Fee** |
|---|---|---|
| Initial file review; research regarding venue, jurisdiction, status of Indian Tribe as sovereign nation; Preparation of draft complaint | 4.3 | $860.00 |
| Research local rules for Oklahoma federal court, discussions with client regarding principal and interest calculation, strategy | 1.9 | $380.00 |
| Revisions to draft complaint; further research on venue | 2.4 | $480.00 |
| Further research on FRCP 7.1; finalize complaint and file with court | 4.4 | $880.00 |
| Preparation of waiver of service request; preparation of corporate disclosures to be filed with court | 3.1 | $620.00 |
| Various telephone calls and e-mails with court clerk, client, chairman of tribe, opposing counsel | 3.8 | $855.00 |
| Issuance of summons, locate special process server and place summons for service, followup with process server, file return | 4.4 | $990.00 |
| Preparation of Motion for Default Judgment, file same | 2.5 | $562.50 |
| Court appearance | 2.0 | $450.00 |
| Preparation of Statement in Support of Prove-Up, exhibits, attorney verification (review fees) | 2.9 | $652.50 |
| Total | 31.7 hours | $7,132.50 |

7. The total amount of costs and expenses expended through September 4, 2008 is $558.43. This total is broken down as follows:

| Description | Cost |
|---|---|
| Filing of Complaint | $350.00 |
| Service of Process | $75.00 |
| LEXIS Research | $119.74 |
| Federal Express | $13.69 |
| Total | $558.43 |

8. The total amount of costs and fees expended as of September 4, 2008 totals **$7,690.93**.

By: Adam R. Bowers